UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES FRANKLIN SNYDER,

                                    Petitioner,

            v.

GLENN ARMSTRONG,

                                    Respondent.

Case No. 2:23-cv-00831-TSZ-TLF

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke and the remaining record, and noting that no objections to the Report and Recommendation have been filed, does hereby find and ORDER:

1)  The Court adopts the Report and Recommendation.

2)  Respondent's motion to dismiss (Dkt. 18) is GRANTED and the federal habeas petition (Dkt. 11) is dismissed for lack of subject matter jurisdiction.

3)  A certificate of appealability is denied in this case.

4)  The Clerk is directed to close the case and to send copies of this order to petitioner, counsel for respondent, and to the Hon. Theresa L. Fricke.

    Dated this 9th day of January, 2024.

Thomas S. Zilly
United States District Court Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1